UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY
CASE NO:

CENTENNIAL BANK,

       Plaintiff,

vs.

STEVEN SANTO

       Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiff, CENTNENNIAL BANK, and sues STEVEN SANTO (collectively "Defendants"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Jurisdiction is founded on 46 U.S.C. Section 31325, and is otherwise an admiralty and maritime claim as contemplated by Rule 9(h).  In the alternative, subject matter jurisdiction is predicated upon 28 U.S.C. § 1332, Diversity of Citizenship as no Plaintiff and Defendant are citizens of the same state and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of costs, interest and attorney's fees.

2. Plaintiff, CENTENNIAL BANK is an Arkansas corporation with its principal place of business in Arkansas.

3. Defendant STEVEN SANTO is believed to be a Florida citizen who resides at 4987 59th Avenue South, St. Petersburg, FL 33715.

4. Venue is proper as the Defendant resides in the Middle District of Florida.

1

**BREACH OF CONTRACT**

5. On September 12, 2011, Defendants became indebted to CGI Finance, Inc. in the principal amount of $721,991.34 plus interest pursuant to a Marine Note and Security Agreement ("Note") for the purchase of a 2008 Carver Marquis 50 SE, HIN:CDRH2012G708, United States Coast Guard Official Number 122502 ("Vessel"). Under the Note, Defendants were to make 220 equal monthly payments of $5,117.31. A true and correct copy of the Marine Note and Security Agreement is attached hereto as **Exhibit A.**

6. To further secure the debt owed under the Note, on September 12, 2011, Defendant MARIELLE'S LEASING, LLC. executed and delivered to CGI Finance, Inc. a First Preferred Ship Mortgage encumbering the Vessel. A true and correct copy of the Mortgage is attached hereto as **Exhibit B.**

7. The Mortgage was duly and validly executed and recorded with the United States Coast Guard on September 13, 2011, document identification number 14100529, batch number 824736.

8. The debt was further secured by a Continuing and Unconditional Guaranty executed by Steven Santo on or about September 12, 2011. A true and correct copy is attached hereto as **Exhibit C.**

9. On July 29, 2013, the parties entered into the first of several Loan Modification Agreements. A true and correct copy of said Agreement is attached hereto as **Exhibit D.**

10. The second Loan Modification Agreement dated October 7, 2014 is attached hereto as **Exhibit E.**

11. The third Loan Modification Agreement dated June 9, 2015 is attached hereto as **Exhibit F.**

12. On December 15, 2015, the Mortgage was assigned to Plaintiff, UNTIED BANK. A true and correct copy of the Assignment is attached hereto as **Exhibit G.**

13. On or about February 8, 2016, Plaintiff provided notice to Defendants that it intended to repossess and sell the Vessel as a result of Defendants' failure to make timely payments on the loan referenced above. A true and correct copy of the letter to Mr. Santo is attached hereto as **Exhibit H.**

14. The Vessel was repossessed on or about July 19, 2016. Plaintiff provided Defendants notice of its intent to sell the Vessel by public or private sale by letter dated July 21, 2016. A true and correct copy of the letter is attached hereto as **Exhibit I.**

15. Thereafter, on August 15, 2016, Plaintiff provided Defendants with a second notice regarding its intent to sell the Vessel, and advising that the Vessel was being moved from Tarpon Springs to National Liquidators. A true and correct copy is attached hereto as **Exhibit J.**

16. On August 11, 2017, the Vessel was sold in a commercially reasonable matter for $260,000.00. After taking into account storage charges, repairs, repossession fees and broker's commission, there is a deficiency balance owing in the amount of $531,097.49. See letter attached hereto as **Exhibit K.**

17. On or about August 25, 2017, Plaintiff's predecessor in interest, United Bank, filed suit for the above-referenced debt against Marielle's Leasing, LLC and STEVEN SANTO in United States District Court for the Middle District of Florida in the case styled *United Bank v Marielle's Leasing, LLC and Steven Santo,* Case No. 8:17-cv-02034-JDW-JS.

18. The case was settled on or about May 4, 2018, and the case was subsequently dismissed without prejudice on May 30, 2018. See Doc. No. 13. A true and correct copy of the Settlement Agreement is attached hereto as **Exhibit L.**

19. Pursuant to the terms of the Settlement Agreement, STEVEN SANTO was to make monthly payments through April 2030. *See Exhibit L, Paragraph 2.*

20. Pursuant to the terms of the Settlement Agreement, should Mr. SANTO fail to make any payment within a five day grace period, then that is a breach of the terms of the Agreement and Plaintiff shall be entitled to the entry of a stipulated final judgment in the principal amount of $531,097.49, less any payments made pursuant to the Settlement agreement, plus interest, attorney's fees and costs. *See Exhibit L, Paragraph 6.*

21. STEVEN SANTO is in default where he has failed to make payments in November and December 2023 and January and February 2024.

22. Taking into account payments made, the current principal amount owing is $500,057.38, plus interest as provided in the settlement agreement.

23. CENTENNIAL is the successor in interest to United Bank and has standing to bring the instant lawsuit by virtue of the Special Power of Attorney dated February 25, 2020 and attached hereto as **Exhibit M.**

24. All conditions precedent, including written notice of default to Mr. Santo at 4987 59th Ave. South, St. Petersburg, FL 33715 have been met and/or waived.

25. As a result of the default, the Loan Documents and Settlement Agreement provide that Plaintiff may demand full payment of the indebtedness. *See e.g., Exhibit L.*

26. Plaintiff has incurred, and will continue to incur, attorneys' fees, costs, disbursements, and expenses for which Defendant is liable under the Settlement Agreement for same.

WHEREFORE, Plaintiff, CENTNENNIAL BANK, prays as follows:

1. That judgment be entered for Plaintiff, CENTNENNIAL BANK, against Defendant STEVEN SANTO for the debt evidenced by the Marine Note and Security Agreement and Settlement Agreement in the amount of $500,057.38, plus pre-judgment interest as provided in the settlement agreement, plus attorneys' fees, costs, expenses and post-judgment interest; and

2. That Plaintiff, CENTNENNIAL BANK, receives such other relief as this Court deems just and proper.

Dated: February 15, 2024

        Respectfully submitted,

        /s/ Adam B. Cooke
        Adam B. Cooke
        Fla. Bar No. 634182
        Email: acooke@fowler-white.com

        Robert D. McIntosh
        Fla. Bar No. 115490
        Email: rmcintosh@fowler-white.com

        FOWLER WHITE BURNETT, P.A.
        200 East Las Olas Boulevard
        Suite 2000 - Penthouse B
        Fort Lauderdale, Florida 33301
        Telephone:  (954) 377-8100
        Facsimile:   (954) 377-8101